```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
                         SOUTHERN DIVISION
```

WALLACE RIVERS,                    :

    Petitioner,                :

v.                                 : CIVIL ACTION 12-0453-CB-M

TONY PATTERSON,                    :

    Respondent.                :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be transferred to the United States District Court for the Middle District of Alabama for further proceedings.

DONE this 14th day of August, 2012.

                                      s/*Charles R. Butler, Jr.*
                                    CHARLES R. BUTLER, JR.
                                    SENIOR UNITED STATES DISTRICT JUDGE